UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DARIAN MOREIRA,

                              Plaintiff,                    **24 Civ. No. 5180 (ALC) (GS)**

          -against-                                               **ORDER**

BYOU LASER LLC and IRENA
AZARAEV,

                              Defendants.

-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

       The parties participated in a Mediation Conference on November 19, 2024, and an update on the status of mediation is due to the Mediator by December 19, 2024. (*See* Dkt. Entry dated November 19, 2024). The parties are hereby directed to provide a joint written status update to the Court by no later than **Friday, December 20, 2024**.

       **SO ORDERED.**

DATED:    New York, New York
                 December 2, 2024

                                                                              The Honorable Gary Stein
                                                                              United States Magistrate Judge