**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

DARIAN MOREIRA,

Plaintiff,

-against-

BYOU LASER LLC,

Defendants.

-----------------------------------------------------------------X

**24 Civ. No. 5180 (ALC) (GS)**

**VIDEO STATUS CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

This action is scheduled for a Video Status Conference on **Tuesday, August 18, 2026 at 10:00 a.m.** The parties are directed to join the conference via Microsoft Teams at the scheduled time using the following link: Click here to join the meeting. **Meeting ID: [212 789 202 091 304] Passcode: [89LW7Cv2]**

**SO ORDERED.**

DATED: New York, New York
July 14, 2026

The Honorable Gary Stein
United States Magistrate Judge